# IN THE UNITED STATED DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CR-14-332-R |
| ) | |
| ALFRADA SANTIAGO, ) | |
| ) | |
| Defendant. ) | |

### OBJECTIONS TO PRESENTENCING INVESTIGATION REPORT
### WITH SUPPORTING BRIEF

Comes now the Defendant, Alfrada Santiago by and through counsel, Irven R. Box, and after acknowledging having received a copy of the Presentence Investigation Report, and after having reviewed the report together, and for the purpose of making certain objections to the Presentence Investigation Report and for the purpose of preserving objections for appeal, defense counsel makes the following objections:

1. Alfrado Santiago objects to paragraph twenty nine (29) of the Presentence Investigation Report only as it relates to quantity of cocaine base for which the defendant is held accountable for a determination of the base offense level. Alfrada Santiago and the Government stipulated in the Plea Agreement to a drug quantity of an amount greater than 100 grams but less than 200 grams of cocaine powder.

Paragraph twenty nine (29) indicates a base offense level involving 80 grams of cocaine base making Mr. Alfrada Santiago base offense level of twenty four (24). Based on the plea agreement if accepted by the Court the base offense level would reduce from twenty four (24) to level sixteen (16) and after adjustment the

Defendant's total offense level would be level twelve (12). Combined with a criminal history category I, the Defendant's advisory guideline range would be ten (10) to sixteen (16) months.

WHEREFORE, premises considered, Defendant, Alfrada Santiago, prays the Court sustain his objections and concurrences to the Presentence Investigation Report and make the judicial findings necessary for Bureau of Prison purposes.

Respectfully submitted,

IRVEN R. BOX,

BY:   /s/  Irven R. Box
IRVEN R. BOX – OBA #1016
2621 S. Western
Oklahoma City, Oklahoma 73109
(405) 632-7778
(405) 632-8828 (Fax)

## CERTIFICATE OF MAILING

This is to certify that on the 23rd day of September, 2015, a true and correct copy of the above and foregoing was mailed, with postage prepaid thereon, and sent by email to:

Ashley Altshuler
Assistant U.S. Attorney
210 W. Park Ave., Suite 400
Oklahoma City, Oklahoma 73102
ashley.altshuler@usdoj.gov

Michelle Matthews
U.S. Probation Officer
215 Dean A. McGee, Suite 201
Oklahoma City, Oklahoma 73102
joel_vandruff@okwp.uscourts.gov

Kerry Blackburn
Assistant U.S. Attorney
210 W. Park Ave., Suite 400
Oklahoma City, Oklahoma 73102
kerry.blackburn@usdoj.gov

  /s/  Irven R. Box
IRVEN R. BOX